Heath Havey, NSB 7008
*haveyh@jacksonlewis.com*
**JACKSON LEWIS LLP**
801 K Street, Suite 2300
Sacramento, CA 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID DENT, Individually and on behalf of a class of all similarly situated persons<br><br>Plaintiff,<br><br>v.<br><br>ITC SERVICE GROUP, INC., TIM SAUER, KEVIN CAPPS, and PATTI SANDERSON,<br><br>Defendants. | Case No.: 2:12-cv-00009-JCM-VCF<br><br>[CLASS ACTION ]<br><br>**UNOPPOSED MOTION TO APPEAR TELEPHONICALLY FOR THE FINAL APPROVAL HEARING; [PROPOSED] ORDER**<br><br>**Date:**  August 2, 2013<br>**Time:**  1:00 p.m.<br>**Dept.:**  3D<br><br>Complaint Filed:  January 4, 2012<br>Trial Date:  None Set |

Defendants ITC Service Group, Inc., Tim Sauer, Kevin Capps, and Patti Sanderson ("Defendants") hereby move the Court for permission to allow Defendants to appear telephonically by and through their counsel, Heath A. Havey, at the Final Approval Hearing on August 2, 2013, at 1:00 p.m.

As Defendants' counsel is located in Sacramento, California, it is in the interest of economy and judicial expediency that Defendants' counsel be allowed to participate telephonically at the Final Approval Hearing. Defendants' counsel conferred with plaintiff David Dent's ("Plaintiff") counsel Leon Greenberg about this request, and Plaintiff's counsel does not

-1-

1 oppose Defendants' counsel appearing telephonically for the Final Approval Hearing. Defendants respectfully request the Court's permission to appear telephonically at the Final Approval Hearing on August 2, 2013, at 1:00 p.m.

Respectfully submitted,

DATED:  July 29, 2013

JACKSON LEWIS LLP

/s/ *Heath A. Havey*
Heath A. Havey, NSB 244087
801 K Street, Suite 2300
Sacramento, California  95814

Attorneys for Defendants ITC Service Group, Inc., Tim Sauer, Kevin Capps, and Patti Sanderson

**ORDER GRANTING DEFENDANTS' MOTION TO APPEAR TELEPHONICALLY AT FINAL APPROVAL HEARING**

This matter came before the Court by Defendants ITC Service Group, Inc., Tim Sauer, Kevin Capps and Patti Sanderson ("Defendants") for an order allowing Defendants' counsel to appear telephonically at the Final Approval Hearing on August 2, 2013. The Court reviewed the Motion, and finds good cause for the request without any opposition.

IT IS HEREBY ORDERED that Defendants' Motion is granted, and Defendants' counsel may appear telephonically at the Final Approval Hearing on August 2, 2013 at 1:00 p.m.

IT IS SO ORDERED. The call in number is 702-868-4911, passcode 123456.

DATED: ___July 30___, 2013            _____
                                      HONORABLE CAM FERENBACH
                                      UNITED STATES MAGISTRATE JUDGE

-3-